UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAYANA ZAVALA and RICARDO
HERNANDEZ, and other similarly
situated individuals,

        Plaintiffs,

v.                                                                                  Case No: 2:23-cv-300-JLB-KCD

CONSTRUCTION PACHITO
MARTINEZ LLC, and VICTOR M.
MARTINEZ DOMINGUEZ,

        Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 22) recommending that the Court grant Plaintiffs' Motion for Default Judgment Against All Defendants (Doc. 21). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*.

Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and made part of this Order for all purposes.

2. The Motion for Default Judgment Against Defendants (Doc. 21) is **GRANTED** as to Counts I, II, and III.

3. The Clerk is directed to enter a default judgment in the amount of $38,407.44 for Dayana Zavala and $29,952.64 for Ricardo Hernandez, totaling $68,360.08.  Plaintiffs will be awarded $7,200 in attorney's fees and $967 in costs.

4. The Clerk is instructed to terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Fort Myers, Florida on April 17, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE